CHARLES WEISBECKER (a Corporation), Appellant, v. THE NEW YORK EDISON COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.